IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3067 |
| V. | ) | |
| GARY ZIERKE JR., | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to appoint counsel and to reinstate direct appeal (filing 215) is denied.

DATED this 18th day of October, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge