IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3067 |
| | ) | |
| V. | ) | |
| | ) | |
| GARY ZIERKE JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion for reconsideration (filing 224) of the undersigned's order dated December 13, 2011 (filing 221) is denied.

DATED this 6th day of February, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge