IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:08CR3067 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GARY ZIERKE, JR., | ) | |
| Defendant. | ) | |

The matter is before me on Defendant's notice of appeal (filing 227) and motion for leave to appeal in forma pauperis (filing 228). Defendant's motion for leave to appeal in forma pauperis is denied as frivolous. (*See* Filings 207, 218 and 219.)

IT IS ORDERED:

1. Defendant's motion for leave to appeal in forma pauperis (filing 228) is denied as frivolous.

2. The Clerk shall provide the Court of Appeals with a copy of this memorandum and order.

3. The Clerk shall not further process the notice of appeal (filing 227) unless ordered to do so by the Court of Appeals.

DATED this 28th day of February, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.